UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-CV-61094-DIMITROULEAS/SNOW

CAROLINE LE GRANDE, an individual,

    Plaintiff,

v.

SOMA INTIMATES, LLC, a Florida limited liability company, d/b/a Soma,

    Defendant.

## ORDER APPROVING JOINT STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the Joint Stipulation for Dismissal with Prejudice (the "Stipulation") [DE 17], filed herein on October 27, 2020. The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 17] is hereby **APPROVED**.

2. This case is **DISMISSED WITH PREJUDICE**.

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 27th day of October, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record